65 F.3d 162
 Wilmer B. Gay
v.
Joseph D. Lehman, Commissioner of Pennsylvania Department of
Corrections and all Persons Acting for or as Agents
Therewith, Harry S. Callithen, Acting Superintendent at SCI
- Pittsburgh, Johnnie Lewis, SCIP Coundelor, Laurence J.
Reid, Deputy Commissioner of Treatment of Pennsylvania
Department of Corrections, William Harris, Deputy
Commissioner of Treatment of Pennsylvania Department of
Corrections, Timothy G. Collins, Grievance Coordinator at
 NO. 94-3702
 United States Court of Appeals,
Third Circuit.
 July 05, 1995
 
 Appeal From: W.D.Pa., No. 94-cv-00438,
 Standish, J.
 
 
 1
 AFFIRMED.